```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Darren Brady

    v.                                              Case No. 19-cv-147-JL

Whitefield Police Department et al


## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 13, 2019.

                                            _____
                                            Joseph N. Laplante
                                            United States District Judge

Date: June 27, 2019

cc: Darren Brady, pro se