```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Darren Brady

   v.                                      Case No. 19-cv-147-JL

Whitefield Police Department


### ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 10, 2019 . "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                    _____
                                                    Joseph N. Laplante
                                                    United States District Judge

Date: January 22, 2020

Cc:   Darren Brady, pro se
      Brian J. Cullen, Esq.
      Wendy E. Roberts, Esq.
      Dona Feeney, Esq.
      Joshua S. Hilliard, Esq.